**FILED**
**MARCH 24, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1715**

**JUDGE KENDALL**
**MAGISTRATE JUDGE BROWN**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

LEO OCAMPO,
    Plaintiff,
v.
RAMSCO, INC.
    Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Leo Ocampo

**J. N.**

| | |
|---|---|
| NAME (Type or print) | |
| Patrick J. Gorman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Patrick J. Gorman | |
| FIRM | |
| Favaro & Gorman, Ltd. | |
| STREET ADDRESS | |
| 835 Sterling Avenue, Suite 100 | |
| CITY/STATE/ZIP | |
| Palatine, Illinois 60067 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6185111 | (847) 934-0060 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |