**FILED**
**MARCH 24, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**08 C 1715**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE KENDALL**
**MAGISTRATE JUDGE BROWN**

In the Matter of                                              Case Number:

LEO OCAMPO,
    Plaintiff,
v.
RAMSCO,
    Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Leo Ocampo

**J. N.**

| | |
|---|---|
| NAME (Type or print) <br> Dennis R. Favaro | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Dennis R. Favaro | |
| FIRM <br> Favaro & Gorman, Ltd. | |
| STREET ADDRESS <br> 835 Sterling Avenue, Suite 100 | |
| CITY/STATE/ZIP <br> Palatine, Illinois 60067 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6193849 | TELEPHONE NUMBER <br> (847) 934-0060 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |