IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEO OCAMPO, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RAMSCO, INC., )<br>an Illinois Corporation, )<br>)<br>Defendant. ) | No.   08 C 1715<br><br>Judge  Kendall<br><br>Magistrate Judge Brown |

### INITIAL STATUS REPORT

Now comes the plaintiff, Leo Ocampo, by and through his attorneys, Favaro & Gorman, Ltd., and for his Initial Status Report submits the following:

1. **The attorneys of record for each party including the attorney(s) expected to try the case;**

   Attorneys for plaintiff:

   Andrew H. Haber (lead attorney)
   Dennis R. Favaro (lead attorney)
   Patrick J. Gorman
   Favaro & Gorman, Ltd.
   835 Sterling Avenue
   Suite 100
   Palatine, Illinois 60067
   (847) 934-0060

   Attorneys for defendant:

   No appearance has yet been filed on behalf of the defendant.

2.  **The basis for federal jurisdiction.**

    This Court has jurisdiction over this action pursuant to FLSA §216(b), 29 U.S.C. §216(b); federal question jurisdiction, 28 U.S.C. §1331; and supplemental jurisdiction, 28 U.S.C. §1367.

3.  **The nature of the claims asserted in the complaint and any expected counterclaim.**

    Plaintiff's claims are based on violations of the Fair Labor Standards Act for failure to pay overtime pay and the Illinois Wage Payment and Collection Act for failure to pay vacation pay.

4.  **The name of any party not yet served and the circumstances regarding non-service.**

    Plaintiff filed his Amended Complaint on May 12, 2008. Plaintiff sent waiver documents to the registered agent of defendant. The waiver documents were returned as being undeliverable to the registered agent's listed address by the post office. Plaintiff's attorneys will be attempting to effectuate service of process on defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure.

5.  **The principal legal issues.**

    To be later determined by the parties once service of process has been effected upon defendant and an appearance filed by defendant.

6.  **The principal factual issues.**

    To later be determined by the parties once service of process has been effected upon defendant and an appearance filed by defendant.

7.  **Whether a jury trial is expected by either party.**

    A jury demand was not filed by plaintiff.

9.  **A short description of any discovery undertaken to date and any anticipated in the future.**

    Plaintiff has not yet submitted any discovery. Plaintiff anticipates propounding written discovery and well as the undertaking of depositions. The number of depositions to be taken by plaintiff has yet to be determined.

10. **Whether the parties unanimously consent to proceed before the Magistrate Judge.**

    Undetermined at this time.

11. **The status of any settlement discussions and whether the parties request a settlement conference.**

    No settlement discussions have taken place.

    Undetermined at this time whether the parties will be requesting a settlement conference.

Plaintiff submits that once service of process has been effectuated and an appearance filed by the defendant, the parties will submit and amend the Initial Status Report to this Court.

s/ Andrew H. Haber
One of Plaintiff's Attorneys

Dennis R. Favaro
Patrick J. Gorman
Andrew H. Haber
Favaro & Gorman, Ltd.
835 Sterling Avenue
Suite 100
Palatine, Illinois 60067
(847) 934-0060

3