# RAMSCO

**REMEDIATION AND MANAGEMENT
SERVICES CORPORATION**

902 S. Randall Road, Suite C 282
St. Charles, IL 60174

(630) 443-5150
Fax: (630) 443-0266

August 5, 2008

Mr. Andrew H. Haber
Favaro & Gorman LTD
835 Sterling Avenue
Suite 100
Palatine, IL 60067

FILED
Aug 12, 2008
AUG 1 2 2008 RC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: **Response to Complaint For
Case Number: 08 CV 01715**

Dear Mr. Haber:

The following is **RAMSCO**'s response to the complaint indicated above.

**Under Count 1 – Overtime Pay**
Based on various meetings with the Department of Labor from September 2006 through December 2006, **RAMSCO** resolved Mr. O'Campo's overtime claim with check number 10509 (see attached check stub) sent to the Department of Labor addressed to Mr. O'Campo.

**Under Count 2 – Vacation Pay**
Regarding this count, **RAMSCO** and Mr. Leobardo O'Campo appeared before the State of Illinois Department of Labor Fair Labor Standards (Wage Claim Section) located at 160 N. LaSalle in Chicago, IL on January 17, 2007 at 10:30 am to address the above claim. This claim was dismissed per S.G. Ballin.

Therefore, in response to the claims and counts stated within this letter and case number 08 CV 01715, all issues have been resolved.

Should you have any questions or require additional information, please do not hesitate to contact me at (630) 443-5150.

Sincerely,
Remediation And Management Services Corporation (**RAMSCO**)

Steven R. Kastel
President

CC: Leobardo O'Campo's Dept of Labor Overtime Check #10509
CC: Copy of Summons Case #08 CV 01715

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LEO OCAMPO

CASE NUMBER: 08 CV 01715

V.

ASSIGNED JUDGE: Judge Kendall

RAMSCO, INC.

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Brown

TO: (Name and address of Defendant)

RAMSCO, Inc.
c/o Steven R. Kastel, President
902 S. Randall Road, Suite C282
St. Charles, Illinois 60174

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew H. Haber
Favaro & Gorman, Ltd.
835 Sterling Avenue
Suite 100
Palatine, Illinois 60067

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

7-21-08

June 23, 2008
Date

**REMEDIATION & MANAGEMENT SERVICES CORP. (RAMSCO)**                                                    1050

    Leo O'Campo or IL Department of Labor                                    1/18/2007
    Payroll Clearing                 Dept of Labor overtime                       2,262.60

Checking                                                                        2,262.60

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com